UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

                Plaintiff,

  v.

PASTOR, PATTI JACKSON, CHARLA JAMES-HUTCHISON, CARUSO, KATHI MILLER, S JONES, ANDY POWELL, A VANCLEAVE,

                Defendants.

No. 3:16-CV-05314-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 22).

(2) Plaintiff's motion for injunctive relief (Dkt. 12-1) is denied as moot.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 16th day of September 2016.

_____
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1