UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

        Plaintiff,

   v.

PASTOR, et al.,

        Defendants.

CASE NO. 3:16-CV-05314-RJB-DWC

ORDER

The District Court has referred this action, filed pursuant to 42 U.S.C. §1983, to United States Magistrate Judge David W. Christel. Plaintiff Michael Denton has filed a "Motion to Set Settlement Scheduling Order for Both Parties to Meet." Dkt. 129.[1] Plaintiff requests the Court schedule a meeting for the parties to engage in settlement discussions. *Id*. Plaintiff does not request the Court refer this matter to a settlement judge. *See id*. Defendants filed a Response stating they do not wish for the Court to be involved in setting a meeting for the parties to

---

[1] Also pending in this action are Plaintiff's and Defendants' Motions for Summary Judgment, which will be addressed by the Court in a separately filed Report and Recommendation.

discuss settlement options. Dkt. 132. Further, Defendants' counsel states the parties can negotiate any settlement offers through written communication. *Id*.

After review of the relevant record, the Court finds Plaintiff has not shown a face-to-face meeting is necessary. If the parties wish to engage in settlement negotiations, written settlement offers can be mailed between Plaintiff and Defendants' counsel. Moreover, the Court should not be involved in settlement negotiations. Plaintiff's Motion (Dkt. 129) is denied. The parties are instructed to refrain from filing any settlement offers with the Court.

Dated this 23rd day of October, 2017.

David W. Christel
United States Magistrate Judge