# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHAEL DENTON,<br><br>                    Plaintiff,<br>   v.<br><br>SHERRIFF PAUL PASTOR, et al.,<br><br>                  Defendants. | CASE NO. 16-5314 RJB-DWC<br><br>ORDER ON PLAINTIFF'S MOTION TO APPOINT MEDIATOR |

      This matter comes before the Court on the Plaintiff's Motion to Appoint Mediator. Dkt. 168. The Court has considered the pleadings filed regarding the motion, and the remaining record.

      Plaintiff, a *pro se* prisoner, filed this civil rights case on April 28, 2016. Dkt. 1. One claim remains for trial, which is set to begin on August 13, 2018. Dkt. 173. The scheduling order sets a deadline for mediation under Local Rule W.D. Wash. 39.1 for July 13, 2018. *Id.*

Under Local Rule 39.1 (e), "[i]n any case, the court may appoint a settlement judge who may conduct a settlement conference in such a manner as that settlement judge may deem appropriate."

U.S. Magistrate Judge J. Richard Creatura should be appointed as a settlement judge for this case pursuant to Local Rule 39.1 (e). The settlement proceedings with Judge Creatura should take the place of the Court ordered mediation. Plaintiff's motion for appointment of a mediator should be denied (Dkt. 168) without prejudice.

It is **ORDERED** that:

- U.S. Magistrate Judge J. Richard Creatura **IS APPOINTED** as a settlement judge for this case pursuant to Local Rule 39.1 (e), and
- Plaintiff's "Motion to Appoint Mediator" (Dkt. 168) **IS DENIED WITHOUT PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 7th day of February, 2018.

ROBERT J. BRYAN
United States District Judge