UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DENTON,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>LT. CHARLA JAMES-HUTCHISON,<br>SGT. JACKIE CARUSO,<br><br>　　　　　　　　Defendants. | CASE NO. 16-5314 RJB<br><br>ORDER DENYING MOTION TO SET SETTLEMENT CONFERENCE TO ACCEPT DEFENDANTS' OFFER |

THIS MATTER comes before the Court on Plaintiff's Motion to Set Settlement Conference to Accept Defendants' Offer. Dkt. 195. The Court has considered the pleadings filed regarding the motion and the remaining record.

On April 28, 2016, Plaintiff, a prisoner acting *pro se*, filed this case pursuant to 42 U.S.C. § 1983. Dkts. 1 and 4. This case is set to begin trial on August 13, 2018, on the Plaintiff's claim that while he was a pre-trial detainee in the Pierce County, Washington jail, Defendants

ORDER DENYING MOTION TO SET SETTLEMENT CONFERENCE TO ACCEPT DEFENDANTS' OFFER - 1

Lieutenant Charla James-Hutchinson and Sergeant Jackie Caruso violated his due process rights when they revoked his good time credits. Dkt. 99.

On June 14, 2018, the Plaintiff filed the instant motion, notifying the Court of his intention to accept Defendants' settlement offer. Dkt. 195. He requests that U.S. Magistrate Judge J. Richard Creatura set up a video conference to arrange the settlement agreement between the parties. *Id.* Defendants did not respond to the motion.

The motion (Dkt. 195) should be denied. Judge Creatura has already held a settlement conference in this case. Without the Defendants' indication that an additional settlement conference would be helpful, none should be ordered. The parties are strongly encouraged to continue settlement negotiations while preparing for trial. If settlement is reached, the parties should notify the Court as quickly as possible. All other deadlines and motions remain pending.

## ORDER

It is **ORDERED** that:

- Plaintiff's Motion to Set Settlement Conference to Accept Defendants' Offer (Dkt. 195) **IS DENIED**; and
- All other deadlines and motions remain pending.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 2nd day of July, 2018.

ROBERT J. BRYAN
United States District Judge