UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL DENTON,<br><br>Plaintiff,<br><br>vs.<br><br>LT. CHARLA JAMES-HUTCHISON and SGT. JACKIE CARUSO,<br><br>Defendants. | NO. 3:16-cv-05314-RJB<br><br><br><br>ORDER ON DEFENDANTS' MOTIONS *IN LIMINE*<br><br>Noted on Motion Docket: |

THIS MATTER is before the Court on Defendants Lt. Charla James-Hutchison and Sgt. Jackie Caruso's Motions *In Limine*.

**A.  DEFENDANTS MOVE TO EXCLUDE WITNESSES UNTIL DISCHARGED**

☒ **X** GRANTED  ☐ DENIED  ☐ RESERVED

**B.  DEFENDANTS MOVE TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING INSURANCE COVERAGE AND/OR INDEMNIFICATION**

**X** GRANTED  ☐ DENIED  ☐ RESERVED

**C.  DEFENDANTS MOVE TO EXCLUDE EVIDENCE OR ARGUMENT REGARDING SETTLEMENT EFFORTS**

**X** GRANTED  ☐ DENIED  ☐ RESERVED

ORDER - 1
Denton Mots in Limine_ORD.docx
Cause No 3:16-cv-05314-RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  253-798-6732 / Fax:  253-798-6713

**D. DEFENDANTS MOVE TO EXCLUDE THE FOLLOWING TYPES OF IRRELEVANT TESTIMONY, EVIDENCE, AND/OR ARGUMENT:**

   **1. Evidence or Argument Regarding the Underlying Violations Upon Which Revocation of Plaintiff's Good Time Credit Was Based**

   ☐ GRANTED   **X** DENIED   ☐ RESERVED

   **2. Evidence or Argument Regarding Washington State Department of Corrections Policies, Procedures, or Practices or Those of Other Jails or Correctional Facilities**

   **X** GRANTED   ☐ DENIED   ☐ RESERVED

   **3. Evidence or Argument Regarding Plaintiff's Mental or Physical Health, Including Any Alleged Diagnosis of Post-Traumatic Stress Disorder (PTSD) and So-Called Security Housing Unit (SHU) Syndrome**

   ☐ GRANTED   **X** DENIED   ☐ RESERVED

   **4. Evidence or Argument Regarding Plaintiff's Other Claims, Whether Previously Dismissed Here or Alleged Elsewhere**

   **X** GRANTED   ☐ DENIED   ☐ RESERVED

## SUPPLEMENT TO ORDER

The Plaintiff did not respond to Defendants' Motions *in Limine*. Nevertheless, the Court denies Motions D1 and D3 out of consideration of Plaintiff's *pro se* status, and because Plaintiff's theories of damages and causation of the events at issue have not been disclosed to the Court.

Defendants' Motions *in Limine* D1 and D3 are hereby **DENIED WITHOUT PREJUDICE.**

DONE IN OPEN COURT this 6th day of August, 2018.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER - 1
Denton Mots in Limine_ORD.docx
Cause No 3:16-cv-05314-RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: 253-798-6732 / Fax: 253-798-6713

Presented by:

MARK LINDQUIST
Prosecuting Attorney

s/ BRIAN N. WASANKARI
BRIAN N. WASANKARI, WSBA #28945
Deputy Prosecuting Attorney / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA 98402-2160
Ph: 253-798-7303 / Fax: 253-798-6713
E-mail: brian.wasankari@piercecountywa.gov

ORDER - 1
Denton Mots in Limine_ORD.docx
Cause No 3:16-cv-05314-RJB

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: 253-798-6732 / Fax: 253-798-6713