UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| MICHAEL DENTON, | CASE NO. 16-5314 RJB-DWC |
|---|---|
| Plaintiff, | MINUTE ORDER REGARDING MOTION IN LIMINE AND EMERGENCY MOTION |
| v. | |
| SHERIFF PASTOR, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, United States District Judge Robert J. Bryan:

On August 3, 2018, Plaintiff filed a Motion in Limine (Dkt. 221) which is noted for consideration on August 24, 2018. On August 10, 2018, Plaintiff filed an "Emergency Motion to Continue" (Dkt. 224), which is noted for consideration on August 31, 2018. In the August 10, 2018 motion, Plaintiff states that he has been transferred from the Washington State Penitentiary to the Washington Corrections Center. Dkt. 224. He alleges that he will not have any of his legal files for at least a month, and so, cannot file responses or replies to any pending motions. Dkt. 224. Plaintiff's Motion in Limine (Dkt. 221) should be considered with his "Emergency Motion to Continue" (Dkt. 224). The Motion in Limine (Dkt. 221) **IS RENOTED** for consideration on **August 31, 2018**.

MINUTE ORDER REGARDING MOTION IN
LIMINE AND EMERGENCY MOTION- 1

Dated this 16th day of August, 2018.

The foregoing Minute Order authorized by THE HONORABLE ROBERT J. BRYAN, UNITED STATES DISTRICT JUDGE.