UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL DENTON,

     Plaintiff,

 v.

SHERIFF PASTOR, individually and in
his official capacity, et. al.,

     Defendants.

CASE NO. 3:16-cv-05314-RJB

ORDER REVOKING IN FORMA
PAUPERIS STATUS

THIS MATTER comes before the Court on the Ninth Circuit Court of Appeal's Referral

Notice. Dkt. 256. The Court has reviewed the relevant pleadings, the record, and is fully advised.

On October 19, 2018, this case was dismissed pursuant to Fed. R. Civ. P. 41 (b) and

Local Rule of the Western District of Washington 11(c) as a sanction for Plaintiff's failure to

comply with the rules and orders of the Court, failure to cooperate with the Court and defense

counsel to prepare for trial, and failure to attend the Pretrial Conference without good cause.

On November 19, 2018, the Plaintiff filed a Notice of Appeal. Dkt. 254.

The Ninth Circuit referred this case for the "limited purpose of determining whether in

forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken

in bad faith." Dkt. 256 (*citing* 28 U.S.C. § 1915(a)(3); and *Hooker v. American Airlines,* 302

F.3d 1091, 1092 (9th Cir. 2002)).

Plaintiff's appeal is frivolous, so his *in forma pauperis* status should be revoked without

prejudice. Plaintiff has not shown that he is likely to succeed on the merits.

1

**ORDER**

2　　　　It is **ORDERED** that, in accord with the Ninth Circuit Court of Appeal's Referral Notice

3　(Dkt. 256) Plaintiff's *in forma pauperis* status **IS REVOKED without prejudice** for purposes of

4　Plaintiff's appeal, which is frivolous.

5　　　　Other than pleadings directed to the Court by the Ninth Circuit Court of Appeal, all future

6　filings in this case in the future will be docketed by the Clerk but will not be acted upon by the

7　Court.

8　　　　The Clerk is directed to send uncertified copies of this Order to all counsel of record and

9　to any party appearing *pro se* at said party's last known address.

10　　　　Dated this 7th day of December, 2018.

11

12

13　　　　　　　　　　　　　　　ROBERT J. BRYAN
　　　　　　　　　　　　　　　　United States District Judge

14

15

16

17

18

19

20

21

22

23

24